UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:  14-22382-CIV-MORENO**

RUTH MACHNAI,

      Plaintiff,

vs.

GC SERVICES, LP,

      Defendant.

_____/

## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the parties' Notice of Settlement (D.E. No. 5), filed on July 21, 2014.  It is

ADJUDGED that in light of the parties settling this action this case is **DISMISSED** in accordance with the settlement agreement.  The Court shall retain jurisdiction for 180 days to enforce the terms of the settlement agreement if it is filed in its entirety by **September 23, 2014**.  It is also

ADJUDGED that all pending motions are **DENIED** as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this $11$ day of August, 2014.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record