UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

RUTH MACHNAI,

    Plaintiff,                                 CASE NO. 1: 14-cv-22382

v.

GC SERVICES, LP,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

RUTH MACHNAI (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, GC SERVICES, LP (Defendant), in this case.

RESPECTFULLY SUBMITTED,

By:  /s/ Shireen Hormozdi
     Shireen Hormozdi
     Krohn & Moss, Ltd
     10474 Santa Monica Blvd., Suite 405
     Los Angeles, CA 90025
     Phone:  (323) 988-2400 ext. 267
     Fax:    (866) 861-1390
     Attorney for Plaintiff
     RUTH MACHNAI

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2015, I electronically filed the foregoing Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System

/s/ Shireen Hormozdi
Shireen Hormozdi
Attorney for Plaintiff
RUTH MACHNAI
